# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDY EGGLETON,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-3780** |
| : | |
| **BETTY COLI,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW,** this 31st day of March 2017, upon consideration of the Amended Complaint, Defendant Pennsylvania Hospital's Motion to Dismiss, Plaintiff's "Counter Motion to Dismiss," which the Court interprets as a response, and Defendant's reply, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss [Doc. No. 9] is **GRANTED**, and the Amended Complaint is **DISMISSED** without prejudice to its refiling in the appropriate state court.

2. Plaintiff's Counter Motion to Dismiss [Doc. No. 10] is **DISMISSED**.

3. The Clerk is directed to **CLOSE** the case in this Court.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**